2127889776                                        11:06:05 a.m.  03-14-2008   4/5
MAR. 14. 2008 10:52AM
2127880902    XE-3-180-Fax                        01:41:03 p.m.  NO. 9961 8  P. 2  2/3
To: Sara Evans  Page 2 of 3    2008-03-12 16:38:43 (GMT)    16466194631  From: Mark Lubelsky

01/08/08  00:32 FAX 212 256 5552    S.W. REALTY MGMT. INC. → MARK LUBELSKY    ☒001
2127880902   XF-3-180-Fax                         08:17:07 p.m.  01.07-2008   3/4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In the Matter of the Claim of MILLINIA GARDINER, an
infant under the age of 14 years, by her mother and natural
guardian, MICHELLE MUMFORD, CHARLES
GARDINER, an infant under the age of 14 years, by his
mother and natural guardian, MICHELLE MUMFORD,
and MICHELLE MUMFORD, Individually,

                                    Plaintiffs,

-against-

CITY OF NEW YORK, THE NEW YORK CITY POLICE
DEPARTMENT, and THE NEW YORK CITY HOUSING
AUTHORITY,

                                      Defendants.
-----------------------------------------------------------x

STIPULATION OF
DISMISSAL AND
DISCONTINUANCE

07 CV 7938 (JSR)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-08
```

**WHEREAS**, plaintiffs Michelle Mumford, individually and as natural guardian of infant plaintiffs Millinia Gardiner and Charles Gardiner, Millinia Gardiner, and Charles Gardiner commenced this action by filing a complaint on or about September 10, 2007, alleging that certain of their constitutional rights were violated; and

**WHEREAS**, defendants City of New York, the New York City Police Department and the New York City Housing Authority have denied any and all liability arising out of plaintiffs' allegations; and

**WHEREAS**, plaintiff Michelle Mumford, as an individual plaintiff and as the natural guardian of infant plaintiffs Millinia Gardiner and Charles Gardiner, has authorized counsel to voluntarily withdraw plaintiffs' claims as against defendants; and

**WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admissions of fault or liability;

01/07/08  MON 20:17  [TX/RX NO 7578]

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that all claims that were asserted or could have been asserted on behalf of plaintiffs in this action arising out of the events alleged in the complaint as against the City of New York, the New York City Police Department, the New York City Housing Authority, any unidentified individuals, their successors, or assigns, and all past and present officials, employees, representatives and agents of the City of New York, the New York City Police Department and the New York City Housing Authority, are hereby dismissed and discontinued with prejudice and without attorneys' fees or costs to any party.

Dated: New York, New York
January 12, 2008
March

Mark Lubelsky, Esq.
Mark Lubelsky and Associates
Attorney for Plaintiffs
123 West 18th Street
New York, NY 10011-4127

By: _____
Mark Lubelsky, Esq.
Attorney for Plaintiffs

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Co-Defendants
100 Church Street, Room 3-151
New York, New York 10007
(212) 788-1041

By: _____
Sarah B. Evans
Assistant Corporation Counsel

Deborah Meyer, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attorney for Co-Defendant the New York City Housing Authority
150 East 42nd Street
New York, NY 10017

By: _____
Deborah Meyer, Esq.
Attorney for Co-Defendant

SO ORDERED

_____
U.S.D.J.
3-14-08